UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:09-CR-00044-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTINA H. CLARK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

BY LETTER TO THE COURT the Defendant Christina H. Clark *pro se* requests early termination of supervised release. The United States Probation Office has informed the Court that it is not opposed to early termination.

THEREFORE the Court hereby terminates early the Defendant's supervised release, effective immediately.

IT IS SO ORDERED.

Signed: September 17, 2013

Frank D. Whitney
Chief United States District Judge